# DOCKET ENTRY ORDER

CASE:   *USA v. Theodosio Martinez-Arroyo*

BY:     Martha

NUMBER: 4:11-cr-246-DPM-2

The parties have informed the Court's staff that defendant, Theodosio Martinez-Arroyo, wants to plead guilty. The trial set for 29 May 2012 is continued for six days until 4 June 2012 to hold a plea hearing. The Court has set that hearing for 1 June 2012 at 9:30 a.m. This six-day continuance is not excludable time under the Speedy Trial Act.

Approved:           Approved - Chambers Order
                    _____
                    D.P. Marshall Jr.
                    United States District Judge

                    <u>22 May 2012</u>